gence the error was harmless, in view of the preponderance of evidence in favor of the plaintiff; but we are not satisfied that the error, in conjunction with the improper cross-examination of the defendant by trial counsel (*Graham* v. *Graham*, 142 App. Div. 131), after the defendant had conceded that the death of the intestate was caused by the accident, did not have the effect of exciting the prejudice of the jury and enhancing the damages, which at best, in view of the relation of the deceased and the party to be compensated for pecuniary loss, were to a large extent uncertain and speculative. Young, Hagarty and Davis, JJ., concur; Carswell, J., concurs in result; Lazansky, P. J., concurs for reversal unless there be a stipulation to reduce the amount of the verdict, but dissents from the fixation of the amount at $5,000, being of opinion that the verdict should be reduced to $3,000.

MEYER MICHELSON, Respondent v. ROBERTS CORPORATION, INC., and VICTOR PRODUCTS CORPORATION, Respondents, Impleaded with BANKERS-COMMERCIAL SECURITY COMPANY, INC., Appellant, and MORRIS M. BENISCH, as Trustee of the Estate of CHARLES STEEN ENGINEERING CORPORATION, a Bankrupt, Defendant.— Order denying motion to open default and modify order of January 19, 1933, reversed on the law, with ten dollars costs and disbursements, motion granted and order of January 19, 1933, vacated. Under the circumstances shown, the denial of the motion to open appellant's default was not a proper exercise of discretion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

HANS MUSAUS, Respondent, v. AMERICAN HAWAIIAN STEAMSHIP COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

JENNIE K. NILES, Respondent, v. THE LONDON & LANCASHIRE INSURANCE COMPANY, LTD., OF LONDON, ENGLAND, Appellant.— Order opening plaintiff's default in the non-service of her complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

JENNIE K. NILES, Respondent, v. PAWTUCKET MUTUAL FIRE INSURANCE COMPANY OF PAWTUCKET, RHODE ISLAND, Appellant.— Order opening plaintiff's default in the non-service of her complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

JENNIE K. NILES, Respondent, v. SECURITY INSURANCE COMPANY OF NEW HAVEN, CONNECTICUT, Appellant.— Order opening plaintiff's default in the non-service of her complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. S. W. STRAUS & CO., INC., and Others, Defendants. LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & CO., INC., Respondent; MANUFACTURERS TRUST COMPANY, Appellant. (Appeal No. 1.)— Order requiring appellant to pay certain funds to the receiver affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Carswell, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. S. W. STRAUS & CO., INC., and Others, Defendants. LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & CO., INC., Respondent; MANUFACTURERS TRUST COMPANY, Appellant. (Appeal No. 2.) — Order requiring appellant to pay certain funds to the receiver affirmed,